Edgar H. BATTLE, d/b/a Edgar
H. Battle Funeral Home; et
al., Plaintiffs,

James L. Taylor, individually, and as the
administrator of the Estates of James
Jackson Taylor and Laura F. Taylor,
deceased, Frances Louise Taylor
Spence, Debra Taylor, Diane Taylor
Stafford, Phillip Taylor, Gretta Taylor
and Annie J. Elrod, individually and as
executrix of the Estate of David A. El-
rod, deceased, Plaintiffs–Intervenors–
Appellants,

v.

LIBERTY NATIONAL LIFE INSUR-
ANCE COMPANY; Brown Service Fu-
neral Homes Company, Inc.; Service
Insurance Company of Alabama, and
all others similarly situated, Defen-
dants–Appellees.

No. 91–7700.

United States Court of Appeals,
Eleventh Circuit.

Oct. 14, 1992.

Don B. Long, Jr., Johnston Barton Proc-
tor Swedlaw & Naff, Birmingham, Ala.,
Jimmy Alexander, Alexander Corder &
Plunk, P.C., Athens, Ala., for plaintiffs-
intervenors-appellants.

Warren B. Lightfoot, William R. Lucas,
Jr., Lightfoot Franklin White & Lucas, Bir-
mingham, Ala., for Liberty National Life
Ins. Co.

Andrew P. Campbell, Shawn Hill Crook,
Leitman, Siegal, Payne & Campbell, Bir-
mingham, Ala., for Aubrey Carr & Carr
Enterprise Services, Inc.

George R. Stuart, III, Birmingham, Ala.,
for Funeral Director Class.

* Honorable Jesse E. Eschbach, Senior U.S. Cir-
cuit Judge for the Seventh Circuit, sitting by

Before ANDERSON, Circuit Judge,
HILL and ESCHBACH *, Senior Circuit
Judges.

PER CURIAM:

Appeal is taken from the judgment of the
Honorable Myron H. Thompson denying
the intervenors' 60(b)(4) motion for relief
from judgment. That judgment was ac-
companied by a detailed memorandum or-
der, *Battle v. Liberty Nat'l Life Ins. Co.*,
770 F.Supp. 1499 (N.D.Ala.1991). We have
carefully reviewed the record, Judge
Thompson's dispositive order and opinion,
and the briefs of counsel. Oral argument
was heard in Atlanta on June 25, 1992.

We are not presented with any reversible
error on the part of the district judge. The
judgment dismissing the case is

AFFIRMED.